THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERRELL HENRY, Appellant. [847 NYS2d 893]—Appeal from a judgment of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), rendered December 2, 2003. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree (three counts), grand larceny in the third degree, and criminal possession of stolen property in the fourth degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Gorski, Lunn, Fahey and Green, JJ. ·